UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JOSEPH A. JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos. 3:14-CR-002 |
| | ) | 3:15-CV-538 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

For the reasons expressed in the memorandum opinion filed contemporaneously with this judgment, it is **ORDERED** and **ADJUDGED** that the motion [doc. 984] by federal prisoner Joseph A. Jackson for post-conviction relief pursuant to 28 U.S.C. § 2255 is **DENIED and DISMISSED WITH PREJUDICE**.

If petitioner files a notice of appeal from this judgment, such notice of appeal will be treated as an application for a certificate of appealability which is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b) because he has failed to make a substantial showing of the denial of a federal constitutional right. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24 that any appeal from this judgment by petitioner would be frivolous and not taken in good faith. Accordingly, the Clerk is **DIRECTED** to **CLOSE** the civil case associated with petitioner's § 2255 motion.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan<br>United States District Judge

ENTERED AS A JUDGMENT
s/ John Medearis
CLERK OF COURT